In the Interest of D.A., A Juvenile.

No. ED 87431.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 17, 2006.

Richard J. Eisen, Clayton, MO, for appellant.

Theodore R. Allen, Jr., Hillsboro, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., MARY K. HOFF, J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Melissa M. appeals from the judgment of the trial court finding that it has jurisdiction over her daughter, D.A., and ordering placement of D.A. with the paternal grandmother, Sandra R. and her husband, Scott R.

We have reviewed the briefs of the parties and the record on appeal and find no

error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).